# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EUZ | E1682839 | A. Foust | 602 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/06/24 1720
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.106
Place of Offense: Loggerhead Trail / NCR

Offense Description: Factual Basis for Charge    HAZMAT ☐
operating vehicle off established route

### DEFENDANT INFORMATION

Last Name: Yun...
First Name: Alec
M.I.: S

### REDACTED VERSION

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

### APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 125 Forfeiture Amount
+ $30 Processing Fee
$ 155 Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 2:30 MJ-1143
PAY THIS AMOUNT AT www.cvb.uscourts.gov

Date: ____  Time: ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: NPZ4195406

Original - CVB Copy

*E1682839*

Case 1:24-mj-01143-BO   Document 1   Filed 07/06/24   Page 1 of 2

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

[blank narrative lines]

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/08/24    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/29/2024 9:35

Document 1    Filed 07/06/24    Page 1 of 2

CVB SCAN 07/29/2024 9:35

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 06, 2024 while exercising my duties as a law enforcement officer in the EASTERN District of North Carolina

On Saturday at approximately 1720 hours, while on patrol in a marked National Park Service patrol vehicle (G622613Z), I observed a Grey SUV leave the roadway of Lighthouse Road and drive across the grass shoulder and turn onto Loggerhead Lane. I activated my emergency equipment and stopped the vehicle at the employee housing area on Loggerhead Lane. I identified the driver as Alec S. Yunghans by Virginia driver license. Mr. Yunghans stated he always cuts the corner and drives through the grass while turning onto Loggerhead Lane. I issued Mr. Yunghans a federal violation notice E1682839 for 36 CFR 4.10(a): Operating a vehicle off a established road or parking area.

The foregoing statement is based upon:

[x] my personal observation      [x] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: // 07/08/2024
Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)         U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident, **PASS** = 9 or more passenger vehicle,
**CDL** = Commercial driver's license, **CMV** = Commercial vehicle involved in incident.